```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                              Case No. 09-cr-66-PB

**Todd R. Silver**


## O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

      The May 27, 2009 final pretrial conference is continued to August 24, 2009 at 3:45 p.m.

      No further continuances.

      SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

May 6, 2009

cc:  Bjorn Lange, Esq.
     Mark Zuckerman, AUSA
     United States Probation
     United States Marshal