## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                                                Case No. 09-cr-66-PB

**Todd Silver**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for September 1, 2009, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 1, 2009 to November 3, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 24, 2009 final pretrial conference is continued to October 20, 2009 at 4:30 p.m.

No further continuances absent good cause shown.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

August 19, 2009

cc: Bjorn Lange, Esq.
     Mark Zuckerman, AUSA
     United States Probation
     United States Marshal